Opinion issued September 4, 2003 







 


 


 


In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-03-00387-CR

____________


DANIEL CASTILLO, Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 232nd District Court

Harris County, Texas

Trial Court Cause No. 635914






MEMORANDUM OPINION

 The trial court's certification of the defendant's right of appeal in the above-referenced case reflects that appellant waived his right to appeal. An appeal must be
dismissed if a certification that shows the defendant has the right of appeal has not
been made part of the record. Tex. R. App. P. 25.2(d).

 Therefore, on June 12, 2003, we ordered that this appeal would be
dismissed unless an amended certification of the defendant's right of appeal was filed
no later than August 1, 2003, and made part of the appellate record no later than
August 15, 2003. No amended certification of the defendant's right of appeal was
filed.

 Accordingly, the appeal is dismissed.

 It is so ORDERED.

PER CURIAM

Panel consists of Chief Justice Radack, and Justices Keyes and Alcala.


Do not publish. Tex. R. App. P. 47.2(b).